UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2012
OCTOBER 1, 2013 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:13-00252
21 U.S.C. § 841(a)(1)

CAYLA LINDSAY

SEALED

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

On or about April 10, 2013, at or near Crow, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CAYLA LINDSAY knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about April 12, 2013, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CAYLA LINDSAY knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about April 19, 2013, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant CAYLA LINDSAY knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____
MILLER BUSHONG
Assistant United States Attorney