UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

vs.                                            CRIMINAL ACTION NO. 5:13-00252

CAYLA LINDSAY

### S E A L E D   O R D E R

On the 1st day of October, 2013, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion made by the United States, the above-captioned indictment is to be SEALED until the arrest of the defendant in this case. After the arrest of the defendant is made, this case shall be considered UNSEALED without further Order from this Court.

Upon further motion made by the United States, it is ORDERED that a bench warrant be issued forthwith for the defendant in this case. The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

ENTER: October 2, 2013

R. Clarke VanDervort
United States Magistrate Judge