AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Southern  District of  West Virginia

| United States of America | ) | |
| v. | ) | Case No.  5:13-00252 |
| | ) | **S E A L E D** |
| CAYLA LINDSAY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CAYLA LINDSAY                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. Section 841(a)(1) -  Three counts distribution of a quantity of oxycodone.

Date:     10/01/2013                                         *Teresa L. Deppner*     by: slr
                                                                          *Issuing officer's signature*

City and state:     Beckley, West Virginia                          TERESA L. DEPPNER, CLERK
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  10/1/2013 , and the person was arrested on *(date)*  10/16/2013 at *(city and state)*  Beaver WV . |
| Date:  10/16/2013          *Fredrick W Lamey*  |
|                                        *Arresting officer's signature* |
|                                        Fredrick W Lamey  DUSM |
|                                        *Printed name and title* |