**Court Minutes:**

Session: 2013October16  
Session Date: 10/16/2013  
Judge: VanDervort, R. Clarke  
Reporter: CourtFlow  

Division: Beck  
Session Time: 13:22  

Courtroom: crtroom211

Clerk(s): Keene, Melissa A.

---

Case ID: 0001  
    Case number: 5:13-cr-00252  
    Plaintiff:  
    Plaintiff Attorney:  
    Defendant: Lindsay, Cayla  
    Pers. Attorney:  

10/16/2013

14:05:51  
    Recording Started:

14:05:51  
    Case called

14:05:59 **Judge: VanDervort, R. Clarke**  
    Case called  
14:06:10     Advised of charges

14:06:43 **General:**  
    Present: Defendant in custody; USPO Peggy Adams and Sarah Harmon

14:07:01 **Judge: VanDervort, R. Clarke**  
    Advised of constitutional rights

14:07:14 **Defendant: Lindsay, Cayla**  
    Acknowledged understanding of same

14:07:21 **Judge: VanDervort, R. Clarke**  
    Qualifies for court-appointed counsel

14:07:48 **Defendant: Lindsay, Cayla**

| | |
|---|---|
| 14:08:01 | Stated name, address and phone number<br>education |
| 14:08:10 | Received copy of Indictment |
| 14:08:28 | **Judge: VanDervort, R. Clarke**<br>Defendant remanded to custody of USMS |
| 14:08:57 | Arraignment/Detention Hearing: 10-21-13 at 2:00 p.m., in Beckley |
| 14:09:33 | **General:**<br>hearing adjourned |
| 14:09:38 | **Stop recording** |