**Court Minutes:**

Session: 2013October22  Division: Beck  Courtroom: crtroom211
Session Date: 10/22/2013  Session Time: 09:45
Judge: VanDervort, R. Clarke
Reporter: CourtFlow

Clerk(s):

---

Case ID: 0003
    Case number: 5:13-cr-00252
    Plaintiff:
    Plaintiff Attorney:
    Defendant: Lindsay, Cayla
    Pers. Attorney:

10/22/2013

14:37:00
    Recording Started:

14:37:00
    Case called

14:37:03 **General:**
ARRAIGNMENT/DETENTION HEARING
14:37:47 oath administered
14:38:04 Present: AUSA Miller Bushong; AFPD Lex Coleman; USPO Sarah Harmon; Defendant

14:38:32 **Defendant: Lindsay, Cayla**
Stated name, address and phone number
14:38:47 received copy of Indictment
14:39:06 Waives reading of Indictment
14:39:12 Not guilty plea

14:39:16 **Judge: VanDervort, R. Clarke**
Stated District Judge assignment and dates for trial, pretrial, etc.

14:39:55 **Public Defender: Coleman, Lex A**
If released, she will waive presence at pretrial

| Time | Entry |
|---|---|
| 14:40:18 | **General:** DETENTION HEARING BEGINS |
| 14:40:36 | **US Attorney: Bushong, Miller** To remain in Third Party Custody of mother; Home confinement; also would |
| 14:41:11 | request standard conditions of bond in addition |
| 14:41:18 | Withdraws Motion for Detention |
| 14:41:49 | **Public Defender: Coleman, Lex A** Proffer |
| 14:46:28 | **Judge: VanDervort, R. Clarke** Released into custody of mother |
| 14:47:16 | No visitation by anyone in the home who could bring in controlled substances |
| 14:49:22 | **Defendant: Lindsay, Cayla** home confinement without electronic monitoring |
| 14:49:56 | **General:** hearing adjourned |
| 14:50:02 | **Stop recording** |