IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:13-00252

CAYLA LINDSAY

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Miller Bushong, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/Miller A. Bushong III
MILLER A. BUSHONG III
Assistant United States Attorney
WV State Bar No. 5802
110 North Heber Street
Beckley, WV  25801
Telephone:  304-253-6722
Fax:  304-253-9206
E-mail: miller.bushong@usdoj.gov

CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on November 25, 2013, to:

        Lex A. Coleman
        Assistant Federal Public Defender
        300 Virginia Street East, Room 3400
        Charleston, WV 25301
        Email: lex_coleman@fd.org

        s/Miller A. Bushong III
        MILLER A. BUSHONG III
        Assistant United States Attorney
        WV State Bar No. 5802
        110 North Heber Street
        Beckley, WV  25801
        Telephone:  304-253-6722
        Fax:  304-253-9206
        E-mail: miller.bushong@usdoj.gov