# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 12/4/2013                                                                 Case Number 5:13-cr-00252
Case Style: USA vs. Cayla Lindsay
Type of hearing Plea Hearing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                        Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Miller Bushong

Attorney(s) for the Defendant(s) Lex Coleman

Law Clerk Carter George                                                         Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

10:59 am   to 11:36 am
Total Court Time: 0 Hours 37 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 10:59 a.m.

Defendant present in person and by counsel.
Counsel note appearances on the record.
Defendant placed under oath.
Court FINDS Defendant competent to go forward.
Mr. Bushong summarizes plea agreement.
Court DEFERS acceptance of plea agreement but ORDERS original plea agreement filed.
Defendant waives reading of Indictment.
Defendant pleads guilty to Count Three.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant gives her account of the offense.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Defendant executes written guilty plea form; same ORDERED filed.
Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant's plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant's plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
Sentencing SCHEDULED for March 13, 2014, at 1:30 p.m.
Defendant RELEASED pending sentencing.
Court recessed at 11:36 a.m.

District Judge Daybook Entry